FILED
CLERK, U.S. DISTRICT COURT

OCT 21 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. Narine Stephanyan DEFENDANT. | 2:08-MJ-2606 |
|  | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of _____, IT IS ORDERED that a detention hearing is set for **Oct 23**, **2008**, at **2:00** a.m. / p.m. before the Honorable **Eick**, in Courtroom **20**.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

DATED: **10/21/08**

_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE

CR-66 (10/97)   ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT